UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 24-20908-cv-KMM

HOWARD COHAN,

      Plaintiff,

vs.

DORAL HOTEL ENTERPRISE, LLC,
a Florida Limited Liability Company
d/b/a ALOFT DORAL,

      Defendant.

_____/

NOTICE OF SETTLEMENT

      The parties, through their respective undersigned counsel, notify the Court that they have

reached a settlement in principle, are finalizing settlement documents and will be shortly filing a

Joint Motion for Dismissal with prejudice.

                     Respectfully Submitted,

                     Dated:  5/3/24

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Leslie W. Langbein** |
|---|---|
| Gregory S. Sconzo, Esq. | Leslie W. Langbein, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 305391 |
| Samantha L. Simpson, Esq. | LANGBEIN & LANGBEIN, P.A. |
| Florida Bar No.: 1010423 | 8004 NW 154th Street, PMB 353 |
| Sconzo Law Office, P.A. | Miami Lakes, FL 33016 |
| 3825 PGA Boulevard, Suite 207 | Tel: (305) 556-3663 |
| Palm Beach Gardens, FL 33410 | Email: langbeinpa@bellsouth.net |
| Telephone: (561) 729-0940 | Counsel for the Defendant |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Secondary Email: perri@sconzolawoffice.com | |
| Counsel for the Plaintiff | |