UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:24-cv-20908-KMM

HOWARD COHAN,

     Plaintiff,

vs.

DORAL HOTEL ENTERPRISE, LLC
a Florida Limited Liability Company
d/b/a ALOFT DORAL,

     Defendant.

_____/

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

The parties, HOWARD COHAN and DORAL HOTEL ENTERPRISE LLC, by and through their respective undersigned counsel, and pursuant to FRAP 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

Respectfully Submitted on June 3rd, 2024.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Leslie W. Langbein** |
|---|---|
| Gregory S. Sconzo, Esq. | Leslie W. Langbein, Esq. |
| Fla Bar No.: 0105553 | Fla. Bar No. 305391 |
| Samantha L. Simpson, Esq. | LANGBEIN & LANGBEIN, P.A. |
| Fla Bar No.: 1010423 | Counsel for the Defendant |
| SCONZO LAW OFFICE, P.A. | 8004 NW 154th Street, PMB 353 |
| Counsel for the Plaintiff | Miami Lakes, FL 33016 |
| 3825 PGA Boulevard, Suite 207 | Tel: (305) 556-3663 |
| Palm Beach Gardens, FL 33410 | Email: langbeinpa@bellsouth.net |
| Tel: (561) 729-0940 | |
| Fax: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: perri@sconzolawoffice.com | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**